UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

JASON DENT,
Plaintiff,

v.

Civil No. _____ 1:19cv249

Crone/Hawthorn

WILLIAM BARR, FRANK LARA,
Defendant.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JUN 10 2019
BY
DEPUTY_____

Page 1 of 5
5/28/19

## EMERGENCY INJUNCTION

Plaintiff Jason Dent files this emergency injunction for a order from the Honorable Court for defendants U.S. Attorney General William Barr and BOP Assistant Director Frank Lara to cease; (1) the spending of more money on private prisons, cease; (2) the spending of less money on BOP operated facilities, cease; (3) the current policies.

## Jurisdiction

This emergency injunction falls under your jurisdiction because the Federal Correctional Complex Beaumont is in the jurisdiction of this Honorable Court.

## Statement Of Facts

1. In April 2008, just weeks before the race riot at U.S.P. Florence occurred, Phil Glover, a legislative coordinator with the AFGE, testified before Congress about rising levels of violence in the BOP. Glover blamed the violence on insufficient staffing and resources. (EX-1)

2. On April 20, 2008, a major 30 minute race riot at the U.S.P. in Florence, Colorado broke out. To quell the riot, guards fired more than 200 M-16 rounds, 300 pepper balls and almost a dozen tear gas canisters, plus sting grenades. Two prisoners, Brian Scott Kubik and Phillip Lee Hooker, were shot to death by tower guards, 30 prisoners and one staff member were also injured. (EX-1)

3. In a March 2008 memo, BOP prison officials estimated that a projected $289 million budget shortfall could force the cutting of guard positions to the point where safety and security of staff and inmates could be in jeopardy. (EX-1)

4. To cut costs the BOP removed the Unicors (making inmates unable to pay court fines and restitutions), removed the washers and dryers (which increased the staph infections 100%), removed the microwaves, removed breakfast off the menu and replaced it with gran flakes seven days a week, serving inmates peanut butter and jelly or sandwich meat for dinner, lack of jobs, lack of food.

5. These policies have created a ultra violent enviornment, 2008; 13 inmate murders and 1 correctional officer, 2009; 6 inmate murders, 2010; 16 inmate murders, 2011; 8 inmate murders, 2012; 5 inmate murders, 2013; 8 inmate murders and 1 correctional officer murder, 2014; 13 inmate murders, 2015; 13 inmate murders, 2016; 5 inmate murders. (EX-1), (EX-2).

6. There was never any budget cuts to the private prisons. In the year 2014 the BOP paid private prisons Adams County $62 million (EX-3), Big Spring CI $82 million (EX-4), Folkston-DRJ $56 million, Car $70 thousand, Cibola County $28 million, Dalby CI $35 million, Eden $33 million, McRae $37 million, Moshannon Valley CI $44 million, North East Ohio Correction Center $39 million, Reeves $51 million, Reeves DC $22 million, Rivers/Winston $39 million, Taft $44 million, USMS/FPD $4 million, Willacy CI $49 million.

7. In the year 2015 the BOP paid private prisons Adams County $60 million (EX-5), Big Spring CI $80 million, Folkston-DRJ $58 million, Cibola County $29 million,

Dalby CI $35 million, Eden $30 million, Great Plains CC $6 million, McRae $36 million, Moshannon Valley $43 million, North East Ohio Correction Center $24 million, Reeves DC $21 million, Rivers/Winton $39 million, Taft $44 million, Willacy CI $18 million, Willacy Disturbance $108 thousand.

8. In the year 2016 the BOP paid private prisons Cibola County $30 million, Dalby CI $35 million, Eden $31 million, Great Plains $33 million, McRae $39 million, Moshannon Valley $41 million, Reeves DC $19 million, Rivers/Winston $38 million, Taft $45 million.

9. On January 29, 2018, BOP Assistant Director F. Lara leaked a memo (EX-6) which states; "Trump Adim to Boost Use of Private Prisons While Slashing Federal Staff". To accomplish this goal the BOP eliminated the placement of inmates in Half Houses which keeps the BOP facilities packed over capacity which justifies their (BOP) reasons for placing BOP inmates in private prisons which was the BOP plan since 2008 (compare paragraphs 1, 2, 3 and 9).

10. As this Honorable Court can see rehabilitation is not the BOP goal for inmates anymore only warehousing.

Based on the above a emergency injunction is required.

Dated: May 21, 2019

Respectfully Submitted
JASON ___ #67640-053
UNITED STATES PENITENTIARY CANAAN
POST OFFICE BOX 300
WAYMART, PA 18472

CC: HONORABLE WILLIAM BARR
UNITED STATES ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530

KEN HYLE
GENERAL COUNSEL
FEDERAL BUREAU OF PRISONS
320 FIRST STREET, NW
WASHINGTON, DC 20534

CHRIS CUOMO
CNN
190 MARIETTA STREET, NW
ATLANTA, GA 30303
CERTIFY MAIL # 7015 1520 0001 3237 7482

-3-

# Violence on the Rise in BOP Facilities

## by Brandon Sample

Killings, assaults and other acts of violence are becoming more widespread in the federal Bureau of Prisons (BOP), as the prison population increases and staff-to-prisoner ratios decline. Fifteen prisoner-on-prisoner BOP homicides occurred in 2008 compared with 12 in 2007. Serious assaults on staff increased to 82 in 2008 from 72 in 2007, following a decline in previous years.

The BOP operates 115 facilities that house over 205,000 prisoners. Most of the violence is relegated to U.S. Penitentiaries (USPs), which typically hold high-security offenders serving lengthy sentences.

On April 20, 2008, for example, a major 30-minute riot at the USP in Florence, Colorado broke out in the recreation yard. The incident began after white supremacist prisoners celebrating Adolf Hitler's birthday began yelling racial epithets at black prisoners. The white supremacists were drinking hooch, a form of homemade wine, and were armed with rocks and improvised weapons. Approximately 200 prisoners were involved in the melee.

To quell the riot, guards fired more than 200 M-16 rounds, 300 pepper balls and almost a dozen tear gas canisters, plus sting grenades. Two prisoners, Brian Scott Kubik and Phillip Lee Hooker, were shot to death by tower guards. Although the BOP initially reported that five other prisoners had been hurt, it was later learned that 30 prisoners and one staff member were injured during the incident.

Frank Sims, a prisoner allegedly involved in the riot, described the scene on the yard as "lil' Baghdad." Ken Shatto, president of the American Federal of Government Employees Local 1302 (AFGE), which represents BOP workers at the prison complex, remarked "It's the craziest thing in 15 years I've seen with the Bureau."

Outsiders like Mark Potok of the Southern Poverty Law Center, an organization that tracks hate groups, were surprised that white supremacist prisoners were allowed to congregate in the yard that day. "I'm not an expert in keeping prisons calm, but it certainly does seem like dangerous business to allow groups of white supremacist criminals to congregate on Hitler's birthday," said Potok. "The truth is, it is an iconic day in the white supremacist calendar."

Leann LaRiva, a spokesperson for USP Florence, said prisoners are not separated by race on Hitler's birthday or any other anniversary. "We don't discriminate on race or ethnicity or segregate," she said. Not even, apparently, to prevent riots that result in prisoners being shot to death.

Union officials have long called for increased staffing to help prevent such violent outbreaks – and, of course, to boost their membership ranks. In April 2008, just weeks before the riot occurred, Phil Glover, a legislative coordinator with the AFGE, testified before Congress about rising levels of violence in the BOP. Glover blamed the violence on insufficient staffing and resources.

According to Glover, the BOP has filled only 87 percent of staffing positions compared to 95 percent during the 1990s. He stated that staffing levels in federal prisons may drop as low as 76 percent if budget shortfalls continue. Compounding this staff shortage, BOP facilities are 36 percent over capacity systemwide.

The BOP has recognized the potential for increased violence due to staffing deficiencies. In a March 2008 memo, prison officials estimated that a projected $289 million budget shortfall could force the cutting of guard positions to the point "where safety and security of staff and inmates could be in jeopardy."

Immediately following the USP Florence riot, then-U.S. Senator Ken Salazar contacted Attorney General Michael Mukasey and requested that additional guards be sent to the facility. Salazar has also called on the BOP to release reports about the riot to the public.

"The people of Colorado, especially those in the communities surrounding the USP, deserve the assurance that the BOP is taking the steps necessary to improve security at the facility and prevent terrible incidents like this in the future," Salazar wrote to BOP Director Harley Lappin. Despite Salazar's requests, the BOP refused to release details regarding the riot, citing an ongoing investigation. The FBI is also conducting a review.

Amazingly, just three months after the riot, the warden of USP Florence, Sara Revell, received an Excellence in Prison Management award. According to Felcia Ponce, a BOP spokesperson, the award "recognizes outstanding contribution by a warden in the overall management of staff, inmates, and general population." The BOP did not comment on why Revell was given the award following a major riot.

On August 10, 2008, just weeks after Revell was recognized for her excellence in prison management, USP Florence was again placed on lockdown due to a prisoner-on-prisoner homicide.

Violence at USP Florence has even extended to the visiting room. In November 2008, days after visitation was restarted at the institution, a prisoner attacked two visitors. An unidentified BOP guard claimed the prisoner tried to cut his wife and mother-in-law. "It was some type of paper, folded or rolled really tight with a blade in the end of it," the guard said. "He managed to cut his wife's neck and then tried to cut up the mother a little bit." The visitors were taken to a hospital and released.

The BOP is in the process of separating outside recreation yards at all USPs into smaller, more manageable areas. While the timing of the change may seem related to the Florence riot, BOP officials said it was part of a nationwide move following the June 20, 2008 murder of Jose Rivera, a guard at USP Atwater in California.

Rivera was stabbed at least 28 times with an 8" ice pick-like weapon; he was unarmed, had no protective equipment, and other prison employees were delayed in coming to his rescue due to a locked door. The two prisoners accused of stabbing Rivera to death, Jose Cabrera Sablan and James Ninete Leon Guerrero, who are both serving life sentences, are scheduled to go to trial on murder charges in September 2010. They face the death penalty.

USP Atwater was placed on lockdown for three months after Rivera was killed. Once the lockdown was lifted, the prison was plagued by numerous fights – including a dozen stabbings over a one-week period – which resulted in another lockdown. In November 2008 the BOP replaced Atwater warden Dennis Smith, who was transferred to a medium-security facility.

A subsequent BOP report found that weapons were commonly available at USP

Atwater and prisoners were able to get drunk on homemade alcohol. The prisoners who killed Rivera were reportedly drunk at the time. Between 2005 and 2007 the number of prisoner-on-staff assaults at Atwater had quadrupled from 13 to 57 per year. This included assaults involving prisoners spitting or throwing urine on guards, and attacking them with fists or food trays. Half of the reported assaults took place in the facility's Special Housing Unit.

The AFGE sharply criticized the BOP over Rivera's murder, calling for the resignation of top BOP officials and demanding that prison guards be provided with stab-proof vests and Tasers, pepper spray and other self-defensive equipment.

"We have lost all faith in the BOP management," stated AFGE president John Gage. "It's incredible to us that the Bureau is making this a labor dispute, that they refuse to give these basic, commonsense tools to our officers. We feel, in the Rivera case, if these simple things we are asking had been granted, he would be alive today."

Violence in the BOP has not been confined to USP Florence and Atwater. USP Pollock in Louisiana was the leader in prisoner-on-prisoner homicides in 2007. Two prisoners, Tyrone Johnson and Derrick Sparks, were killed in April 2007 after being stabbed with homemade weapons. Three months later another two prisoners were stabbed in the stomach. In November 2007, prisoners William Bullock and Donald Till were murdered by other prisoners. USP Pollock rang in the new year in January 2008 with the killing of prisoner Peter Avalos Gutierrez, 55, barely a month after he was transferred to the facility. He was stabbed to death with a shank.

Other institutions with high levels of violence include USP Beaumont, better known as "Bloody Beaumont." In November 2007, prisoner Gabriel N. Rhone was stabbed to death; a guard received 13 puncture wounds during the attack, which involved two other prisoners.

USP Lee is another honorable mention. On September 30, 2008, prisoner Quentin Corniel died after sustaining multiple stab wounds. He was less than a year away from his release date.

The Metropolitan Correctional Center (MCC) in Chicago, Illinois; the Federal Correctional Institution (FCI) in Three Rivers, Texas; and the FCI in Phoenix, Arizona round out the top-ranked BOP facilities for levels of violence.

Jason Katz, serving a nine-month sentence, was beaten to death at the MCC in March 2008 by fellow prisoner Jason Tolen, 20, who was indicted on second-degree murder charges. At FCI Three Rivers, a prisoner was killed during a fight in March 2008. And a brawl involving three prisoners at FCI Phoenix in January 2008 resulted in one prisoner suffering stab wounds to the head.

Other BOP facilities have experienced their own share of violence. On January 25, 2009, a "large-scale fight" at Federal Correctional Complex (FCC) Coleman, located about 50 miles northwest of Orlando, Florida, left eight prisoners hospitalized with stab or gunshot wounds. One of the prisoners was shot by guards "to prevent possible loss of life," stated Rita Teel, a BOP spokeswoman.

Another major fight broke out at the facility in March 2009 that involved dozens of prisoners and left 14 prisoners with serious injuries. Eleven were airlifted to hospitals. FCC Coleman was placed on lockdown, and the incident is under investigation. "It was a busy day, to say the




### Violence in BOP Facilities (cont.)

least," said Jim Judge, director of Lake-Sumter Emergency Medical Services.

Two separate fights at the USP in Tucson, Arizona on May 28, 2009 sent three prisoners to the hospital with stab wounds. Most recently, FCI Victorville was placed on lockdown on June 6, 2009 following an attack by prisoners in which four staff members suffered minor injuries, and on June 11 a prisoner was shot by guards at USP Terre Haute during a fight with another prisoner on a recreation yard. Both prisoners were hospitalized.

On June 18, 2009, the U.S. House of Representatives passed an appropriations bill that includes $71 million for hiring 745 new BOP guards; the bill still must be approved by the Senate. It is hoped that an increase in staffing levels will reduce violence in federal prisons. The BOP has taken additional steps to confront increasing levels of violence, including transferring high-security offenders to other facilities and prosecuting prisoners involved in fights.

In October 2008, the BOP created a new security level – dangerous prisoners at USP Atwater will be sent to USP Lewisburg in Pennsylvania, a high-security prison. "What we've seen is some very positive steps and progress. We are going to see a change in the entire federal penitentiary system," stated U.S. Rep. Dennis Cardoza, after touring Atwater.

Rep. Cardoza introduced federal legislation in 2008 that would have required the BOP to provide stab-resistant vests to all federal prison guards, who would have to wear them while on duty (H.R. 6462). The bill, titled the "José Rivera Correctional Officer Protection Act," failed to pass; however, the BOP has been distributing vests to BOP staff who request them.

In regard to prosecutions, in October 2008 two FCC Terre Haute prisoners, Michael S. Vaught and Whitney H. Smith, were indicted on charges of assault with intent to commit murder and assault resulting in serious bodily injury, resulting from a May 27, 2008 razor attack on another prisoner. In August 2008, FCC Coleman prisoners Gerardo Martinez and Osbaldo Farias were charged with conspiracy to commit murder in connection with the October 2007 death of Orlando Yazzie, who was beaten and stabbed to death in a recreation cage.

On June 4, 2009, USP Big Sandy prisoner Manuel Cardosa, 28, was convicted of attacking and stomping fellow prisoner Marvin Fontenette, leaving him paralyzed and half-blind. While prison officials may not be able to prevent violence at BOP facilities, that doesn't stop them from prosecuting violent offenders after the fact.

Meanwhile, in June 2009, the mother of slain prison guard Jose Rivera filed a lawsuit against federal officials, including BOP Director Harley Lappin and former Atwater warden Dennis Smith. The suit alleges that BOP officials "willingly and knowingly participated in the creation of dangerous conditions that resulted in [Rivera's] death." See: *Rivera v. Lappin*, U.S.D.C. (E.D. Cal.), Case No. 1:09-cv-00954-LJO-SMS.

According to Mark J. Peacock, the attorney representing Rivera's family, "Officer Rivera's death highlights the complete and utter breakdown of the prison's management in protecting their employees. This can't be allowed to continue."

The same can be said about the inability of BOP officials to protect prisoners from increasing levels of violence, which also cannot be allowed to continue.

Sources: *Colorado Independent, Rocky Mountain News, Denver Post, Associated Press, Channel 13 KRDO, Corpus Christi Caller-Times, Beaumont Enterprise, Arizona Republic, Chicago Tribune, Bristol Herald Courier, www.thetowntalk.com, KSWT, http://corspecops.com*

## Judge Sonia Sotomayor Denied My Appeal and I Spent 16 Years in Prison for a Crime I Didn't Commit

### by Jeffrey Deskovic

My name is Jeffrey Deskovic. At age 17, I was wrongfully convicted of murder and rape, a conviction that was based upon a coerced false confession, the fabrication of evidence, prosecutorial misconduct, and fraud by a medical examiner. I was cleared 16 years later – almost three years ago – when DNA evidence proved my innocence, while also identifying the real perpetrator, who subsequently confessed to the crime. Since my release, I have made it my life's mission to battle against wrongful convictions and fight for legislation that would minimize the chances of what happened to me happening to someone else. It is this fight that compels me to speak out about Supreme Court nominee Sonia Sotomayor.

Before I was exonerated, I sought out every legal avenue I could to win my freedom. I defended my innocence before the New York Appellate Division, raising such proof as the fact that the physical evidence found did not match me and arguing that the police violated my rights by coercing a false confession from me at the age of 16. The court ruled against me 5 to 0, concluding that there was nothing wrong with my interrogation and stating that there was "overwhelming evidence of guilt," despite the fact that there was no evidence beyond my forced confession. In truth, the DNA and the hairs found on the victim's body were evidence of my innocence.

When my lawyer was denied a chance to reargue the case on the grounds that the court's decision ran counter to the law and to the facts, we moved to the Court of Appeals, the highest court in New York. I filed a Writ of Habeas Corpus, in which I argued that my conviction was a violation of the U.S. Constitution. The year was 1997. The year before, Congress had passed Bill Clinton's Anti-Terrorism and Effective Death Penalty Act (often called AEDPA in legalese), which mandated that from then on, all state prisoners would have only one year to appeal to a federal court after being denied an appeal by their state's highest court.

As a result, there was some confusion in the federal courts regarding the filing procedure; it was not clear how the new law would apply to cases already in the system. Different jurisdictions were answering the question in different ways; my lawyer called the court clerk and asked whether it was enough that my petition be post-marked on the due date, or if it had to physically be filed and in the building on the due date. The court clerk told my attorney that it was enough that it be postmarked. That information turned out to be false.

## FEDERAL BUREAU OF PRISONS
## INMATE HOMICIDES - 1987 thru 2013 (to date)

| DATE | INSTITUTION | INMATE | REG # |
|---|---|---|---|
| 02/23/87 | USP Leavenworth | Rising, Walter | 03100-039 |
| 02/27/87 | USP Lewisburg | Murphy, King | 11369-083 |
| 04/08/87 | USP Lewisburg | Rivera, Victor | 07070-054 |
| 07/01/87 | USP Atlanta | Diaz-Veliz, Cecilio | 01201-131 |
| 12/23/87 | USP Lompoc | Singleton, Thomas | 41175-133 |
| 01/10/88 | USP Lewisburg | Natiello, Gregory | 06950-158 |
| 02/15/88 | USP Lompoc | Soto, Angel | 38855-066 |
| 05/28/88 | USP Lewisburg | Spence, Norman | 32580-004 |
| 07/16/88 | USP Lewisburg | Roque-Llera, Orlando | 00903-045 |
| 07/29/88 | USP Lompoc | Gilmore, Von Allen | 78235-012 |
| 09/03/88 | USP Lewisburg | Fuentes-Lopez, Camilo | 00818-131 |
| 10/15/88 | USP Marion | Lamb, Thomas | 78245-012 |
| 11/20/88 | USP Marion | Vacallao-Alronson, Fermin | 00950-131 |
| 01/25/89 | USP Lompoc | Estrada, Johnny | 76171-012 |
| 08/10/89 | USP Lompoc | Ray, Arva | 24303-149 |
| 05/12/90 | FCI Terminal Island | Foster, Leon Ray | 75848-012 |
| 07/17/90 | USP Lewisburg | McDonald, Harry | 29710-120 |
| 08/28/90 | USP Leavenworth | Hutto, George Lovell, Jr. | 84274-071 |
| 12/19/90 | USP Lompoc | Fernandez, Edward | 91489-012 |
| 02/09/91 | USP Leavenworth | Barrett, Erick | 18656-037 |
| 02/21/91 | USP Lewisburg | Tung, Kuei Sen | 12689-054 |
| 03/19/91 | USP Lewisburg | Reyes, Abraham | 40517-133 |
| 04/27/91 | FCI Oxford | Sammons, Charles | 01918-088 |
| 07/12/91 | USP Lewisburg | Norwood, Washington | 02568-036 |
| 07/16/91 | USP Terre Haute | Moreno, Luis | 31459-053 |
| 10/08/91 | USP Lewisburg | Rosario, Santos | 42363-066 |
| 01/18/92 | FCI Memphis | Robinson, Michael | 20116-044 |
| 03/24/92 | USP Lewisburg | Hoover, David | 28852-054 |
| 07/05/92 | USP Leavenworth | Brown, Winford | 01763-025 |
| 11/06/92 | USP Lewisburg | Whitley, Elazer | 07969-026 |
| 01/08/93 | USP Lompoc | McKinney, William | 19957-148 |
| 02/08/93 | USP Lompoc | Jackson, James | 97538-012 |
| 03/08/93 | USP Lewisburg | Rudd, Reginald C. | 06022-002 |
| 05/06/93 | USP Lompoc | Mejaski, Steven | 82208-011 |
| 06/21/93 | USP Leavenworth | Rodriguez, Arnulfo | 02363-135 |
| 09/08/93 | FCI El Reno | Mercado-Mejia, Arturo | 99794-012 |
| 10/12/93 | FCI Memphis | Zule, Arturo | 42341-080 |
| 10/23/93 | USP Atlanta | Cutter, Tommie Roosevelt | 14585-018 |
| 11/13/93 | FCI El Reno | Bowser, Carland Albert | 06088-031 |
| 11/15/93 | USP Lompoc | Bough, Samuel | 04665-045 |
| 12/16/93 | USP Atlanta | Edgar, William | 16150-018 |

EXHIBIT-2

| DATE | INSTITUTION | INMATE | REG # |
|---|---|---|---|
| 01/08/94 | USP Lewisburg | Lawton, Gerald | 33661-004 |
| 02/23/94 | USP Lewisburg | Gonzales, Roberto Sr. | 41349-115 |
| 03/22/94 | USP Terre Haute | Poquette, Perrydean | 03341-082 |
| 04/05/94 | USP Terre Haute | Daniels, Roosevelt | 91789-024 |
| 05/15/94 | USP Atlanta | Johnson, David | 13893-018 |
| 05/24/94 | USP Atlanta | Bright, William | 48753-080 |
| 07/10/94 | FCI Estill | Aguirre, Gilbert | 18560-148 |
| 07/21/94 | USP Atlanta | Wong, Eduardo | 16415-018 |
| 08/04/94 | USP Lompoc | Harner, Michael A. | 97088-012 |
| 11/10/94 | FCI Three Rivers | Ross, Cedric | 45451-004 |
| 12/27/94 | USP Florence | Brown, Michael | 04725-091 |
| 02/01/95 | USP Lewisburg | Spain, Brian | 26570-008 |
| 02/12/95 | USP Atlanta | Joshua, Aubrey | 39470-066 |
| 04/10/95 | USP Lompoc | Dacoster, James | 03300-000 |
| 07/03/95 | MCFP Springfield | Jacobs, Frank | 55292-065 |
| 08/25/95 | USP Leavenworth | Leger, Charles | 03185-078 |
| 02/17/96 | FCI Allenwood | Adamson, Leon | 25503-037 |
| 03/08/96 | USP Atlanta | Bruns, George | 12809-057 |
| 04/13/96 | USP Allenwood | Marti, Andrew Hunt | 58008-065 |
| 05/23/96 | FCI Three Rivers | Garcia-Chavez, Sergio | 52216-080 |
| 06/15/96 | FCI Florence | Morrison, R. T. | 13121-077 |
| 09/29/96 | USP Leavenworth | Thomasson, Stanley | 06086-059 |
| 11/07/96 | USP Lewisburg | Anderson, Randall | 09831-424 |
| 11/10/96 | USP Lewisburg | York, Perry | 12888-075 |
| 12/20/96 | FCI Florence | Morrison, Charles Ray | 20974-077 |
| 01/16/97 | USP Florence | Campbell, Maynard | 58265-065 |
| 01/18/97 | FCI Sheridan | Alfrey, Thomas | 00917-018 |
| 01/21/97 | USP Florence | Melendez, Frank | 32128-198 |
| 01/26/97 | FMC Lexington | Baltarrica, Juan | 33328-019 |
| 06/01/97 | USP Allenwood | Frankhouser, Robert | 05740-067 |
| 08/28/97 | USP Lewisburg | Joyner, Frank | 00002-000 |
| 08/28/97 | USP Lewisburg | Salaam, Abdul | 02583-135 |
| 08/30/97 | USP Lompoc | Vasquez, John Jr. | 15677-198 |
| 11/01/97 | FCI Phoenix | Jackson, Bernard | 41722-008 |
| 11/25/97 | USP Terre Haute | Campbell, Bruce Wayne | 56208-080 |
| 04/12/98 | USP Leavenworth | Smothers, Joseph | 04924-027 |
| 09/10/98 | USP Beaumont | Moseley, Stanley | 24563-034 |
| 09/14/98 | FMC Lexington | Hearlson, Tracy | 24663-086 |
| 03/03/99 | FMC Fort Worth | Housman, Larry Sr. | 55043-079 |
| 05/18/99 | USP Marion | Walker, Terry | 43549-019 |
| 05/23/99 | USP Florence | Wroblewski, Joseph | 32334-048 |
| 05/30/99 | FCI Ray Brook | Miller, Vernon | 38705-054 |
| 06/03/99 | USP Florence | Stone, David | 11605-058 |

EXHIBIT-I

| DATE | INSTITUTION | INMATE | REG # |
|---|---|---|---|
| 10/10/99 | USP Florence | Estrella, Joey | 29318-008 |
| 12/16/99 | USP Beaumont | Brown, Darryl | 05803-055 |
| 04/06/00 | USP Florence | Martin, James | 03847-000 |
| 09/03/00 | USP Lompoc | Barr, Chris | 24576-198 |
| 10/04/00 | USP Florence | Cook, Bryan | 27205-044 |
| 10/09/00 | FCI Coleman (Low) | White, Michael | 40215-066 |
| 10/26/00 | FCI Butner | Cochran, Robert | 01123-025 |
| 01/05/01 | USP Beaumont | Plant, Luther | 02882-078 |
| 04/01/01 | USP Allenwood | Taylor, Leonard | 51785-060 |
| 05/09/01 | FCI Phoenix | Lopez-Rocha, Jesus | 45647-008 |
| 05/28/01 | FCI Edgefield | Bazel, Ronnie | 14345-074 |
| 07/12/01 | USP Terre Haute | Shannon, Robert | 09379-007 |
| 09/03/01 | USP Florence | Palmer, Clay | 60227-065 |
| 12/14/01 | USP Pollock | Macleod, John | 16665-050 |
| 01/11/02 | FCI Marianna | Alvarez-Rodriguez, Marcos | 58419-098 |
| 04/23/02 | USP Leavenworth | Lingao-Lingao, James | 00715-093 |
| 12/31/02 | USP Leavenworth | McAnulty, Michael | 13010-058 |
| 05/24/03 | FCI Big Spring | Rodriguez, Javier | 33672-077 |
| 07/30/03 | USP Atwater | Anita, Michael | 51946-008 |
| 10/14/03 | USP Leavenworth | Hamilton, Russell | 19920-044 |
| 12/17/03 | USP Lee County | Sandoval, Roberto | 11881-179 |
| 12/24/03 | USP Beaumont | Hunt, Harry | 39042-053 |
| 05/22/04 | USP Allenwood | Leonard, Douglas | 11047-040 |
| 11/04/04 | USP Atlanta | Ramirez, Ruben | 04798-070 |
| 11/06/04 | FCI El Reno | Flores-Sanchez, Jose | 08995-180 |
| 03/17/05 | USP Coleman | Delano, Richard | 08784-041 |
| 04/16/05 | USP Victorville | Scapazzi, Peter | 71855-004 |
| 04/21/05 | ADX Florence | Torrez, Manuel | 58747-097 |
| 04/30/05 | USP Atwater | Lowe, James | 55138-035 |
| 05/07/05 | USP Beaumont | Barnes, Keith | 13197-007 |
| 06/01/05 | ADX Florence | Joiner, Gregory | 10246-007 |
| 08/10/05 | USP Terre Haute | Halsey, Rocky | 40070-198 |
| 08/13/05 | USP Beaumont | Jaimes-Martinez, Jose | 39986-180 |
| 09/02/05 | USP Lewisburg | Roque, Edward | 14989-014 |
| 09/28/05 | USP Allenwood | Allery, Alvin | 12329-073 |
| 11/04/05 | FCI Phoenix | Krugel, Earl | 20966-112 |
| 12/30/05 | USP Beaumont | Holmes, Johnnie | 42105-018 |
| 01/09/06 | MCFP Springfield | Baker, Timothy | 43344-061 |
| 08/12/06 | USP Victorville | Padilla, Tony | 60031-097 |
| 10/14/06 | USP Hazelton | Meyers, Willie | 30249-013 |
| 10/24/06 | USP Big Sandy | Speight, Calvin L. | 13276-083 |
| 11/13/06 | USP Big Sandy | Peterson, Shamoni | 26222-016 |
| 12/30/06 | USP Victorville | Jones, David | 06008-112 |
| 02/04/07 | USP Coleman I | Moghdam, David | 29911-086 |

EXHIBIT-2

| DATE | INSTITUTION | INMATE | REG # | |
|---|---|---|---|---|
| 04/20/07 | USP Pollock | Sparks, Derrick | 14947-031 | |
| 04/23/07 | USP Pollock | Johnson, Tyrone | 07393-016 | |
| 06/13/07 | USP Terre Haute | Russell, James | 07584-067 | |
| 06/17/07 | CSC* | Duree, Donovan | 93166-111 | *Halfway House Inmate |
| 06/22/07 | FCI Forrest City (M) | Lopez-Alvarado, Rigoberto | 54248-179 | |
| 07/08/07 | USP Atlanta | Obara, Steven | 15748-014 | |
| 08/01/07 | USP Allenwood | Lilly, Scott | 08551-067 | |
| 10/08/07 | USP Hazelton | Harris, Jesse | 13319-007 | |
| 10/16/07 | USP Coleman 1 | Yazzie, Orlando | 01977-081 | |
| 11/15/07 | USP Pollock | Bullock, Anthony | 20473-057 | |
| 11/28/07 | USP Beaumont | Rhone, Gabriel | 09304-007 | |
| 01/04/08 | USP Pollock | Gutierrez, Peter | 52167-097 | |
| 02/13/08 | USP Beaumont | Joseph, Ronald | 35574-037 | |
| 03/06/08 | USP Coleman II | Pritchard, Steven | 13192-112 | |
| 03/11/08 | USP Pollock | Vantha, Pete | 31680-077 | |
| 03/12/08 | MCC Chicago | Katz, Jason Ira | 09259-027 | |
| 03/28/08 | FCI Three Rivers | Rodriguez, Servando | 21280-179 | |
| 06/16/08 | CNV* | Elliott, Dee Ann Marie | 09557-033 | *Halfway House Inmate |
| 07/14/08 | USP Pollock | Jackson, Charles Jr. | 01125-112 | |
| 08/01/08 | USP Victorville | St. Dennis, Robert | 12155-085 | |
| 08/09/08 | FCI Bennettsville | Taylor, Trevon | 56469-083 | |
| 08/10/08 | USP Florence | Baker, Mark | 30644-112 | |
| 09/30/08 | USP Lee | Corniel, Quentin | 26344-112 | |
| 12/04/08 | MDC Brooklyn | Bartels, Brian | 63819-053 | |
| 12/29/08 | FCI Florence | Zuniga-Garcia, Pablo | 95492-198 | |
| 01/28/09 | USP Big Sandy | Smith, Vincent | 18647-016 | |
| 05/13/09 | USP Victorville | Ritter, Gregory | 94543-022 | |
| 05/20/09 | USP Florence | Anderson, Christopher | 52840-065 | |
| 05/29/09 | CSC* | Raymond, Damien | 93236-111 | *RRC |
| 07/28/09 | CST* | James, Ronald E. | 29431-044 | *RRC |
| 08/16/09 | USP Victorville | Arnell, Eric | 87401-008 | |
| 11/18/09 | CST* | Henderson, Jeremiah | 34488-044 | *RRC |
| 12/02/09 | USP Marion | Running Bear, Robert | 10346-073 | |
| 12/06/09 | USP Hazelton | Wilson, Jimmy | 10978-036 | |
| 01/18/10 | USP Pollock | Coltrane, Carlton Rama | 08702-030 | |
| 01/20/10 | CMM* | Bravo-Marrero, Jose Ivan | 31872-069 | *RRC |
| 01/21/10 | USP Lee | Bennett, Jr., Ernest | 09066-084 | |
| 01/26/10 | MCFP Springfield | Castro-Rodriguez, Victor | 57903-004 | |
| 02/01/10 | CBR* | England, John | 42118-037 | *RRC |
| 03/26/10 | CST* | McGill, Michael III | 28401-044 | *RRC |
| 04/06/10 | CST | Howard, Theodis | 31295-044 | *RRC |
| 04/23/10 | USP Terre Haute | Nino, Arnulfo | 37693-079 | |
| 04/25/10 | USP Canaan | O'Kane, Joseph | 01191-748 | |
| 04/29/10 | USP Lee | Hafoka, Filikisi | 15536-081 | |

EXHIBIT-2

| DATE | INSTITUTION | INMATE | REG # | |
|---|---|---|---|---|
| 05/02/10 | USP Lewisburg | Arias, Juan | 00112-748 | |
| 06/15/10 | USP Lewisburg | Smith, Arnold | 91664-012 | |
| 06/24/10 | USP Pollock | Prater, Steven G. | 20653-045 | |
| 07/01/10 | FCI Terre Haute | Richards, Terence B. | 22168-424 | |
| 07/02/10 | CRL* | Hopper, Willie | 20888-058 | *RRC |
| 08/05/10 | FCI Talladega | Cowley, Bobby Wayne | 34697-177 | |
| 08/23/10 | USP Canaan | Perez, Jose Antonio | 12651-014 | |
| 09/15/10 | USP Terre Haute | Turic, Teddy | 11495-040 | |
| 11/04/10 | FCI Fort Dix | Fitzpatrick, Francis | 73535-083 | |
| 11/15/10 | USP Tucson | Hawpetoss, Robert | 03468-164 | |
| 11/16/10 | CSC* | Wilson, Leon | 97752-011 | *RRC |
| 12/18/10 | USP Coleman I | Jimenez, Manuel | 08092-091 | |
| 01/07/11 | FCI Petersburg (M) | Billups, Gregory | 39557-083 | |
| 01/12/11 | USP Coleman II | Piankhi-Shabaka, Wo'se | 03086-000 | |
| 01/15/11 | USP Hazelton | Baxter, Raq | 03464-007 | |
| 03/15/11 | CPG* | Scott, Alonzo | 13537-055 | *RRC |
| 04/05/11 | USP Atlanta | Mills, Kenneth | 20395-179 | |
| 06/18/11 | USP Terre Haute | Pendelton, Brian | 12359-067 | |
| 07/24/11 | USP Atwater | Austin, Wade | 07609-084 | |
| 10/05/11 | FCI Fort Worth | Moffatt, Albert P. | 35667-079 | |
| 10/09/11 | CCN* | Manigault, Jack T. | 54964-060 | *Home Confinement |
| 10/10/11 | CDT* | Robinson, Hakeem | 41623-039 | *RRC |
| 12/29/11 | USP Victorville | Warren, Robert A. | 48636-051 | |
| 01/19/12 | USP Terre Haute | Hamrick, Calvin Raye | 55636-065 | |
| 07/15/12 | USP Tucson | Hutchings, Kevin Gray | 39348-060 | |
| 08/17/12 | CDT* | Washington, Christopher | 44178-039 | *RRC |
| 08/29/12 | USP Hazelton | Dallas, Anthony | 21793-051 | |
| 09/18/12 | CBR* | Grosvenor, Janah | 04520-015 | *Home Confinement |
| 10/01/12 | USP Victorville | Jones, Michael | 69764-065 | |
| 10/26/12 | CSC* | Jones, Vincent D. | 90029-111 | *RRC |
| 10/27/12 | USP Terre Haute | Phipps, Michael Shane | 09134-031 | |
| 11/18/12 | CCN* | Tyler-Tharp, Brandon | 13427-032 | *Home Confinement |
| 12/28/12 | CMM* | Beltran De Leon, Jose | 23728-069 | *RRC |
| 01/11/13 | USP Canaan | Goitom, Ephraim | 20359-014 | |
| 03/08/13 | USP Tucson | Harrison, Marcus | 66093-097 | |
| 04/06/13 | MDC Guaynabo | Smith, Glaston | 41597-069 | |

*RRC = Residential Reentry Center

PAGE 1

BUREAU OF PRISONS
OBLIGATIONS AND PER CAPITA

FISCAL YEAR 2014
REPORT NAME: S14PCPRI

| NEWINST | NEWPDU | DU | PROGRAM | TOTAL OBLIGATIONS | PER CAPITA | SALARIES | PER CAPITA | OPERATIONS | PER CAPITA |
|---|---|---|---|---|---|---|---|---|---|
| ADAMS COUNTY | INMATE DAYS | Z | INMATE DAYS | .00 | .00 | .00 | .00 | .00 | .00 |
|  | 4-CONTRACT CONFINEMENT | 9 | PRIVATELY OWNED/PRIVATELY OPER. | 62,958,072.51 | 69.67 | .00 | .00 | 62,958,072.51 | 69.67 |
| *TOTAL NEWINST ADAMS COUNTY |  |  |  | 62,958,072.51 | 69.67 | .00 | .00 | 62,958,072.51 | 69.67 |

INMATE DAYS   903,706
AVERAGE DAYS 2,476

BUREAU OF PRISONS
OBLIGATIONS AND PER CAPITA

FISCAL YEAR 2014
REPORT NAME: $14PCPRI

| NEWINST | NEWPDU | DU | PROGRAM | TOTAL OBLIGATIONS | PER CAPITA | SALARIES | PER CAPITA | OPERATIONS | PER CAPITA |
|---|---|---|---|---|---|---|---|---|---|
| BIG SPRING CI | INMATE DAYS | Z | INMATE DAYS | .00 | .00 | .00 | .00 | .00 | .00 |
|  | 4-CONTRACT CONFINEMENT | B | PRIVATELY OWNED/PRIVATELY OPER. | 82,640,478.36 | 65.54 | .00 | .00 | 82,640,478.36 | 65.54 |
| *TOTAL NEWINST BIG SPRING CI |  |  |  | 82,640,478.36 | 65.54 | .00 | .00 | 82,640,478.36 | 65.54 |

INMATE DAYS 1,260,960
AVERAGE DAYS 3,455

PAGE 1

## BUREAU OF PRISONS
## OBLIGATIONS AND PER CAPITA

### FISCAL YEAR 2015
### REPORT NAME: $15PCPRI

| NEWINST | NEWPDU | DU | PROGRAM | TOTAL OBLIGATIONS | PER CAPITA | SALARIES | PER CAPITA | OPERATIONS | PER CAPITA |
|---|---|---|---|---|---|---|---|---|---|
| ADAMS COUNTY | INMATE DAYS | Z | INMATE DAYS | .00 | .00 | .00 | .00 | .00 | .00 |
|  | 4-CONTRACT CONFINEMENT | S | PRIVATELY OWNED/PRIVATELY OPER. | 60,262,924.88 | 73.75 | .00 | .00 | 60,262,924.88 | 73.75 |
| *TOTAL NEWINST ADAMS COUNTY |  |  |  | 60,262,924.88 | 73.75 | .00 | .00 | 60,262,924.88 | 73.75 |

INMATE DAYS 817,128
AVERAGE DAYS 2,239

BOP FOIA 2016-04285 1 of 286

TRULINCS 08680040 - CORBEIL, CLINTON MATTHEW - Unit: BMP-C-A
---

FROM: Behind Bars, Education
TO: 08680040
SUBJECT: Prison Law & Prison Education News Service
DATE: 01/29/2018 04:13:51 PM

Leaked Memo: Trump Admin to Boost Use of Private Prisons While Slashing Federal Staff

By Eric Katz

The Trump administration is following through on its promise to use more private contract prisons, with the Justice Department seeking to identify inmates to transfer out of government-owned facilities and to cut federal guard positions.

The Bureau of Prisons has the stated goal of "increasing population levels in private contract facilities," according to a memorandum sent by the agency's Assistant Director for Correctional Programs Division Frank Lara on Wednesday and obtained by Government Executive.

The memo follows guidance from Attorney General Jeff Sessions last year that reversed an Obama administration policy to phase out the use of private prisons. In 2016, former Deputy Attorney General Sally Yates issued a memo instructing the bureau to either end private facility contracts when their terms expired or "substantially reduce [their] scope" to correspond with declining inmate populations. Sessions said in February 2017 that Yates' decision "changed long-standing policy" of the bureau and impaired its "ability to meet the future needs of the federal correctional system."

In Wednesday's memo, Lara tasked facility leaders with identifying inmates to transfer to private contract prisons, saying it would "alleviate the overcrowding at Bureau of Prisons' institutions and maximize the effectiveness of private contracts." Lara laid out certain criteria for determining which inmates should be transferred, such as those designated "low security" and those having 90 months or less remaining on their sentence.

The memo came just days after the bureau held a conference call with facility administrators, instructing them to prepare for a 12 percent to 14 percent reduction in their authorized staffing levels. Such cuts would result in shedding 5,000-6,000 jobs, at least some of which are currently vacant. Trump's fiscal 2018 budget proposed a cut of about 6,000 bureau positions, more than 1,800 of which were correctional officers. Congress has yet to enact full-year appropriations for the current fiscal year and those cuts have yet to take place.

The bureau began contracting with private prisons in 1997 to address overcrowding. Contract facilities housed about 18,000 federal inmates, about 10 percent of the total population. A 2016 inspector general report found the contract prisons "incurred more safety and security incidents per capita than comparable BOP institutions and that the BOP needs to improve how it monitors contract prisons in several areas." The private facilities confiscated eight times as many contraband cell phones, had higher rates of assaults (both inmate-on-inmate and inmate-on-officer) and were placing inmates' rights and needs at risk.

The Bureau of Prisons did not respond to multiple inquiries regarding the new memo or workforce changes.

Democratic lawmakers have criticized the decision to increase the reliance on contract prisons at the federal level, and accused Justice of nefarious motives.

"This is how our corrupt political and campaign finance system works," Sen.. Bernie Sanders, I-Vt., said after Sessions' announcement last year. "Private prison companies invested hundreds of thousands of dollars in Donald Trump's presidential campaign and today they got their reward."

Sens. Cory Booker, D-N.J., and Chris Van Hollen, D-Md., wrote to Sessions in April to ask about the appearance of rewarding political donors and hindering "recent progress towards reforming our criminal justice system." They questioned Sessions on what evidence his department had that contract prisons would make people safer and lead to cost savings.

The senators never heard back from Sessions regarding the letter, said Van Hollen, who called Justice's decision to move forward with its push for private prisons "unacceptable."

"The DOJ is eliminating common-sense reforms designed to focus on violent criminals, while sending taxpayers' dollars to the private prisons industry that has a profit motive to oppose those reforms and lock up more non-violent drug offenders," the senator told Government Executive. "This is a blow to ongoing efforts to reform our criminal justice system, and I will fight it tooth and nail."

TRULINCS 08680040 - CORBEIL, CLINTON MATTHEW - Unit: BMP-C-A

---

Eric Young, president of the American Federation of Government Employees council that represents bureau employees, said the recent shift would have the opposite effect. The bureau's contracts are generally fixed-price, he said, so the contractor gets the same payout whether it houses 200 inmates or 2,000. He added the renewed threat of workforce cuts has caused discord among the bureau's employees.

"It has sent a panic throughout my ranks," Young said. Employees are worried if natural attrition and vacancy elimination alone do not reach the bureau's targeted cuts, it could lead to mandatory layoffs. Not backfilling positions would worsen existing staffing shortfalls, Young said. He noted that at one facility, 20 officers retired at the end of 2017.

"The staff is in very big fear because those 20 people are 20 less people responding to a situation in an emergency," Young said.

Nicole Porter, director of advocacy for The Sentencing Project, called it "curious" that the Trump administration is seeking to boost reliance on private prisons given the reduction in the overall inmate population in recent years. The federal inmate population has dropped by about 36,000 since 2013, according to bureau statistics, a 16 percent reduction. Porter said it was not surprising the agency was looking to shed workers, however, given the overall budget environment.

"Labor is one of the first steps when systems are under pressure to reduce or control costs," Porter said. "It's very concerning that there would be internal changes that would prioritize contracting out with for-profit prison facilities."

(Originally published by govexec.com; Used with Prison Legal News' permission)

---

Koch brothers to launch pilot project to tackle prisoner reentry

By Fredreka Schouten

WASHINGTON The political and policy network aligned with the conservative billionaires Charles and David Koch is launching a $4 million pilot project to help former prisoners successfully reenter society.

The so-called Safe Streets & Second Chances project will be among the topics the Kochs and several hundred like-minded donors will explore this weekend when they gather near Palm Springs, Calif., for the network's annual winter meeting.

The retreat will confront what the Kochs and other donors view as obstacles to achievement in the realms of public policy, education and in local communities, said James Davis, a spokesman for the network.

Overhauling the criminal-justice system has been a priority of Charles Koch, a libertarian-leaning industrialist who sits at the helm of a Kansas-based industrial conglomerate. In recent years, he and his aides have lobbied to reduce penalties for non-violent offenses, to rein in the practice of seizing the assets of criminal suspects and to make it easier for convicted felons to gain occupational licenses and other work opportunities once they are released.

The new prisoner reentry program will start with a trial experiment involving 1,000 participants in four states: Texas, Louisiana, Florida and Pennsylvania. The goal is to develop individualized reentry plans that start on the first day prisoners are jailed.

"Over 95 percent of people who are incarcerated will eventually be released, so it's in everyone's best interests to make sure that these individuals are better when they leave prison than before they went in," Koch Industries executive Mark Holden said in a statement.

Holden, who also serves as a key official in the Kochs' policy empire, has been a leading figure in the network's criminal-justice push.

Earlier this month, Holden attended a White House meeting with President Trump, governors, religious leaders and other activists to discuss ways to expand workplace opportunities for prisoners and reduce the rate of recidivism.

(Originally published by usatoday.com; Used with Prison Legal News' permission)

---

Will Dunkirk's Use of Prison Labor in Set Construction Disqualify It from the Oscars?